# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1651
L.T. Case No. 2025-DR-000611

_____

JUSTIN JAMES JACKSON,

Appellant,

v.

TARA SPEARS JACKSON,

Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Christopher Sprysenski, Judge.

Justin James Jackson, Sanford, pro se.

No Appearance for Appellee.

September 16, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____